UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JOSSELYN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KATHLEEN KENNEDY, )<br>)<br>Respondent. )<br>) | Civil Action No. 04-10621-GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for the respondent, Kathleen Kennedy.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Natalie S. Monroe*
Natalie S. Monroe (BBO #562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
Dated: April 26, 2004                (617) 727-2200, ext. 2833

**Certificate of Service**

I, Natalie S. Monroe, hereby certify that, on April 26, 2004, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first-class mail, postage prepaid, and addressed to the petitioner's counsel, Rosemary C. Scapicchio, Esq., Four Longfellow Place, Suite 3703, Boston, Massachusetts 02114.

*/s/ Natalie S. Monroe*
Natalie S. Monroe