**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAVID JOSSELYN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KATHLEEN KENNEDY, )<br>)<br>Respondent. )<br> ) | Civil Action No. 04-10621-GAO |

**ASSENTED-TO MOTION TO EXTEND TIME**
**TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, by and through her counsel, the Attorney General of the Commonwealth of Massachusetts, hereby requests that the Court extend the time within which she must respond to the petition for a writ of habeas corpus that is the subject of the captioned action. The respondent's answer or other responsive pleading currently is due on August 27, 2004. By this motion, the respondent requests an extension of three business days, to Wednesday, September 1, 2004. The petitioner's counsel has assented to the requested extension. As grounds for this motion, the undersigned counsel states that due to her schedule, including an emergency motion that was required to be filed today, she requires three additional days to adequately prepare an response to the petition for a writ of habeas corpus. No additional extension will be requested.

**WHEREFORE**, the present motion should be allowed and an order should enter allowing the respondent up to and including September 1, 2004 to answer or otherwise respond to the petition.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THOMAS F. REILLY |
| Dated: August 27, 2004 | ATTORNEY GENERAL |
|  | /s/ Natalie S. Monroe |
|  | Natalie S. Monroe (BBO # 562383) |
|  | Assistant Attorney General |
|  | Criminal Bureau |
|  | One Ashburton Place |
|  | Boston, MA 02108 |
|  | (617) 727-2200, x2833 |

## RULE 7.1 CERTIFICATION

I hereby certify that I conferred with the plaintiff's counsel by telephone on August 27, 2004. Plaintiff's counsel assented to the requested extension.

/s/ Natalie S. Monroe
Natalie S. Monroe