UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOSSELYN )
            )
    Petitioner, )
            )
            )  Civil Action No. 04-10621-GAO
v.          )
            )
KATHLEEN DENNEHY, )
            )
    Respondent )
            )

**AFFIDAVIT IN SUPPORT OF PETITIONER'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME IN FILING OPPOSITION TO RESPONDENT'S MOTION TO DISMISS**

I, Rosemary Curran Scapicchio, hereby depose and state:

1. I am counsel of record for David Josselyn in the above-referenced matter.

2. An order from the United States Supreme Court allowing the government's motion for both an expedited briefing and argument in <u>United States v. Ducan Fanfan</u>. I must file a respondent brief in this matter with the United States Supreme Court on September 24, 2004, with arguments scheduled for October 4, 2004.

3. My brief in <u>United States v. Hansen</u> is due September 30, 2004 in the United States Court of Appeals for the First Circuit. (Docket No. 03-1331; Gertner, J.)

4. My brief appendix in the matter of <u>Commonwealth v. Jackson</u> is due October 15, 2004 with the Massachusetts Appeals Court and is marked no further continuances (Docket #2004-P-0496).

5. My brief in the matter of <u>Commonwealth v. Olivera</u> is due November 30, 2004 with the Massachusetts Appeals Court and is marked no further continuances. (Docket No. 2004-P-0980).

6. My Petition of Habeas Corpus in the matter of <u>Commonwealth v. Costa, Day, and DeNicholas</u>, a double murder, is due September 26, 2004.

7. I am scheduled for trial in <u>Commonwealth v. James Bush</u> (docket # 2003-1005) beginning October 14, 2004 on a charge of first-degree murder (Spurlock, J.) The trial is expected to last one to two weeks.

Signed under the pains and penalties of perjury this 20th day of September 2004.

_____
Rosemary Curran Scapicchio