UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE
2005 FEB -1 P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DAVID JOSSELYN,<br><br>    Petitioner,<br><br>v.<br><br>KATHLEEN DENNEHY,<br><br>    Respondent. | Civil Action No. 04-10621-GAO |

## SUBSTITUTION OF APPEARANCE

Please substitute the appearance of the undersigned as counsel for the respondent in the above-entitled matter in place of Natalie S. Munroe, who has resigned from the Office of the Attorney General.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
BBO No. 037060
(617) 727-2200 ext. 2855

Dated: January 31, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel, on January 31, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Rosemary C. Scapicchio, Esq.,
Four Longfellow Place
Suite 3703
Boston, Massachusetts 02114.

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General