# ROSEMARY CURRAN SCAPICCHIO
### ATTORNEY AT LAW



FOUR LONGFELLOW PLACE
37TH FLOOR
BOSTON, MASSACHUSETTS 02114

TEL. (617) 263-7400
FAX (617) 742-5761
E-MAIL: SCAPICCHIO_ATTORNEY@YAHOO.COM
WWW.SCAPICCHIOLAW.COM

**VIA BREAKAWAY COURIER**

April 15, 2005

Paul Lyness
Courtroom Clerk to the
Honorable George A. O'Toole
United States District Court
One Courthouse Way
Boston, Massachusetts 02210

RE: <u>Josselyn v. Dennehy</u>
    CV # 04-10621-GAO

Dear Mr. Lyness;

   On April 8, 2005 my office filed a Motion to Extend the Time to respond to the Court's March 10, 2005 Memorandum and Order. The same Motion was filed in Civil Action No. 03-10377-GAO also before Judge O'Toole on the same day. On Wednesday April 13, 2005 the Court granted the Motion to Extend Time in the Clements matter but no action was taken on the above referenced matter.

   As a result, my office called Docket Clerk Gina Edge on Wednesday April 13, 2005 and left a message inquiring about the status of the Josselyn Motion to Extend Time. On Thursday April 14, 2005 my office spoke with Ms. Edge and learned that the Court did not receive the original Josselyn Motion to Extend Time. As a result, we faxed the motion to Ms. Edge yesterday. We called this morning and left a message to confirm the receipt of that fax and to inquire if further action would be required on our part. Two additional calls went out from our office during the course of the day today, and I am concerned because the

response to the Court's Order would have been due today and the status of the Motion to Extend Time is unclear.

Enclosed please find an additional copy of the Motion to Extend Time. Please let me know how I should proceed. Please call this office with any questions.

Very truly yours,

Rosemary Curran Scapicchio

CC: Gina Edge