UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOSSELYN
           Petitioner

v.                                   CIVIL ACTION NO.    04-10621-GAO

MICHAEL MALONEY
           Respondent

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
Pursuant to the Court's order, dated 3/10/05, the petition would be dismissed unless the petitioner elected to dismiss the unexhausted claims. The petitioner on May 23, 2005 elected not to dismiss any claims. Therefore, consistent with the Court's order, judgment shall be entered in favor of Respondent.

SARAH A. THORNTON,
CLERK OF COURT

Dated:  7/13/05                          By    PAUL LYNESS
                                                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)