UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                      )
DAVID JOSSELYN,                       )
    Petitioner,                   )
                                      )
v.                                    )   CIVIL ACTION NO.04-10621 -GAO
                                      )
KATHLEEN DENNEHEY,                    )
    Respondent.                   )
                                      )
_____ )

### NOTICE OF APPEAL FROM DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS

Now comes Petitioner/Apellee DAVID JOSSELYN and hereby notifies this Honorable Court of his intent appeal this Court's July 13, 2005 Judgment dismissing Civil Action 04-10621 -GAO , pursuant to the March 10, 2005 Order of O'Toole, J, to the Court of Appeals for the First Circuit.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by first class mail, postage prepaid or by hand delivery.

Dated:_____
Signed:_____

Respectfully Submitted,
DAVID JOSSELYN
By His Attorney

_____
Rosemary Curran Scapicchio Four Longfellow Place
Suite 3703
Boston, Massachusetts 02114
(617) 263-7400
BBO # 558312