# United States Court of Appeals
## For the First Circuit

### MANDATE

No. 05-2405

*Handwritten annotations:* 04-10621 / USDC/MA / Judge O'Toole

DAVID JOSSELYN,

Petitioner, Appellant,

v.

KATHLEEN DENNEHY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION,

Respondent, Appellee.

---

### JUDGMENT

Entered: January 19, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/23/07

By the Court:

**RICHARD CUSHING DONOVAN**

Richard Cushing Donovan, Clerk

[cc: Ms. Curran Scapicchio and Ms. Benedetto.]